| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor,<br><br>Aleisha Jennings, Esq. (AJ-2114) | Order Filed on June 26, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Bahman Radfar,<br><br>Debtor. | Case No.: 18-12183-VFP<br><br>Judge: Vincent F. Papalia<br><br>Chapter 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 26, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtor: Bahman Radfar
Case No.: 18-12183-VFP
Caption of Order: **Consent Order Resolving Objection to Confirmation**

Secured Creditor: Deutsche Bank National Trust Company, As Trustee For Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2006-E, Home Equity Mortgage Loan Asset-Backed Certificates Series INABS 2006-E

Secured Creditor's Counsel: Robertson, Anschutz & Schneid, P.L.

Debtor's Counsel: Russell L. Low

Property Involved ("Collateral"): 606 Mill Run, Paramus, NJ 07652

For good cause shown, it is **ORDERED** that Secured Creditor's Objection is (are) resolved, subject to the following conditions:

1. Debtor shall apply for and complete loss mitigation by August 31, 2018.

2. Debtor shall make adequate protection payments to the Secured Creditor in the amount of $3,848.09 monthly during the pursuit of loss mitigation.

2. In the event that any such mortgage modification or other consensual resolution is not available or if the Debtor fails to comply with the terms of this Order, the Debtor shall have 30 days from the date of any final notification that a modification, etc. is not available to: 1) file an amended Chapter 13 Plan to cure the pre-petition arrearages and maintain post-petition payments, or 2) to convert the Chapter 13 petition to a Chapter 7 petition, 3) surrender the property, and/or 4) proceed with this bankruptcy case as deemed appropriate by the court.

The undersigned hereby consent to the form and entry of the foregoing order.

| | |
|---|---|
| /s/ (signature) | /s/Aleisha C. Jennings |
| Russell L. Low, Esq. | Aleisha C. Jennings, Esq. |
| *Attorney for Debtor* | *Attorney for Secured Creditor* |
| Date: | Date: 6/18/2018 |