| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor,<br><br>Aleisha Jennings, Esq. (AJ-2114) | Order Filed on June 26, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Bahman Radfar,<br><br>Debtor. | Case No.: 18-12183-VFP<br><br>Judge: Vincent F. Papalia<br><br>Chapter 13 |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following pages is hereby **ORDERED**.

DATED: June 26, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Certificate of Notice    Page 2 of 3

Page 2
Debtor: Bahman Radfar
Case No.: 18-12183-VFP
Caption of Order: **Consent Order Resolving Objection to Confirmation**

Secured Creditor: Deutsche Bank National Trust Company, As Trustee For Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2006-E, Home Equity Mortgage Loan Asset-Backed Certificates Series INABS 2006-E

Secured Creditor's Counsel: Robertson, Anschutz & Schneid, P.L.

Debtor's Counsel: Russell L. Low

Property Involved ("Collateral"): 606 Mill Run, Paramus, NJ 07652

For good cause shown, it is **ORDERED** that Secured Creditor's Objection is (are) resolved, subject to the following conditions:

1. Debtor shall apply for and complete loss mitigation by August 31, 2018.

2. Debtor shall make adequate protection payments to the Secured Creditor in the amount of $3,848.09 monthly during the pursuit of loss mitigation.

2. In the event that any such mortgage modification or other consensual resolution is not available or if the Debtor fails to comply with the terms of this Order, the Debtor shall have 30 days from the date of any final notification that a modification, etc. is not available to: 1) file an amended Chapter 13 Plan to cure the pre-petition arrearages and maintain post-petition payments, or 2) to convert the Chapter 13 petition to a Chapter 7 petition, 3) surrender the property, and/or 4) proceed with this bankruptcy case as deemed appropriate by the court.

The undersigned hereby consent to the form and entry of the foregoing order.

_____          /s/Aleisha C. Jennings
Russell L. Low, Esq.                              _____
*Attorney for Debtor*                          Aleisha C. Jennings, Esq.
Date:                                                    *Attorney for Secured Creditor*
                                                              Date: 6/18/2018

United States Bankruptcy Court
District of New Jersey

In re:
Bahman Radfar
        Debtor

Case No. 18-12183-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1               Date Rcvd: Jun 28, 2018
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2018.
db             +Bahman Radfar,   606 Mill Run,   Paramus, NJ 07652-1757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2018 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    E*Trade Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyefile@rasflaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    E*Trade Bank rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Bahman  Radfar rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7