

**Low & Low, LLC**
Russell L. Low, Esq.4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)343-4040
Fax (201)488-5788
Attorney for Debtor

Order Filed on August 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

In Re:                                                              : Case No. 18-12183

**Bahman Radfar**

                                                                    : Judge Vincent F. Papalia


                                                                    : Chapter 13
_____

### ORDER APPROVING DISBURSEMENTS TO MORTGAGEE
_____


The relief set forth on the following pages numbered two (2) is hereby ORDERED.


**DATED: August 17, 2018**

                                          _____
                                          **Honorable Vincent F. Papalia**
                                          **United States Bankruptcy Judge**

Bahman Radfar
Page 2
Case No. 18-12183-VFP

_____

**IT IS HEREBY ORDERED that** the trustee shall disburse $6,320.02 to the Mortgagee, Ocwen Loan Servicing, LLC.

This sum represents adequate protection payments inadvertently sent to the Trustee that should have been sent directly to the Mortgagee.