**Low & Low, LLC**
Russell L. Low, Esq.4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)343-4040
Fax (201)488-5788
Attorney for Debtor

**Order Filed on August 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re:                                : Case No. 18-12183

**Bahman Radfar**
                                      : Judge Vincent F. Papalia


                                      : Chapter 13
_____

**ORDER APPROVING DISBURSEMENTS TO MORTGAGEE**
_____


The relief set forth on the following pages numbered two (2) is hereby ORDERED.


**DATED: August 17, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Bahman Radfar
Page 2
Case No. 18-12183-VFP

_____

**IT IS HEREBY ORDERED that** the trustee shall disburse $6,320.02 to the Mortgagee, Ocwen Loan Servicing, LLC.

This sum represents adequate protection payments inadvertently sent to the Trustee that should have been sent directly to the Mortgagee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-12183-VFP
Bahman Radfar                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1               Date Rcvd: Aug 20, 2018
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db             +Bahman Radfar,    606 Mill Run,    Paramus, NJ 07652-1757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2018 at the address(es) listed below:
      Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
       ajennings@rasflaw.com
      Denise E. Carlon    on behalf of Creditor    E*Trade Bank dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
       bkyefile@rasflaw.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    E*Trade Bank rsolarz@kmllawgroup.com
      Russell L. Low    on behalf of Debtor Bahman Radfar rbear611@aol.com,
       ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      Sindi Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for HOME
       EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2006-E, HOME EQUITY MORTGAGE LOAN
       ASSET-BACKED CERTIFICATES Series INABS 2006-E smncina@rascrane.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                           TOTAL: 8