

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Robertson, Anschutz & Schneid, PL**<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br>Attorneys for Secured Creditor<br><br>Harold N. Kaplan  (HK0226) | Order Filed on January 22, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**BAHMAN RADFAR,**<br><br>    Debtor. | Case No.:  18-12183-VFP<br><br>Chapter:  13<br><br>Hearing Date: January 17, 2019<br><br>Judge:  Vincent F. Papalia |

| | | |
|---|---|---|
| Recommended Local Form: | ☑ Followed | ☐ Modified |

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: January 22, 2019**

                                                                         _____
                                                                         Honorable Vincent F. Papalia
                                                                          United States Bankruptcy Judge

Page 2
Debtors:     BAHMAN RADFAR
Case No.:    17-28956-JNP
Caption of Order:  **Order Vacating Stay**

---

Upon the motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2006-E, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES Series INABS 2006-E, ("Secured Creditor") under Bankruptcy Code section 362(d) and 11 U.S.C 1301 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Real property more fully described as:

606 Mill Run, Paramus, New Jersey 07652.

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

Page 3
Debtors:     BAHMAN RADFAR
Case No.:    17-28956-JNP
Caption of Order:  **Order Vacating Stay**

---

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.