**Order Filed on January 22, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz & Schneid, PL**
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)
Attorneys for Secured Creditor

Harold N. Kaplan  (HK0226)

In Re:

**BAHMAN RADFAR,**

    **Debtor.**

Case No.:    18-12183-VFP

Chapter:    13

Hearing Date: January 17, 2019

Judge:    Vincent F. Papalia

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED**.

**DATED: January 22, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtors:      BAHMAN RADFAR
Case No.:      17-28956-JNP
Caption of Order:   **Order Vacating Stay**

Upon the motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2006-E, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES Series INABS 2006-E, ("Secured Creditor") under Bankruptcy Code section 362(d) and 11 U.S.C 1301 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Real property more fully described as:

606 Mill Run, Paramus, New Jersey 07652.

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

Page 3
Debtors:        BAHMAN RADFAR
Case No.:       17-28956-JNP
Caption of Order:  **Order Vacating Stay**

---

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed

in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the

Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who

entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Bahman Radfar
      Debtor

Case No. 18-12183-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jan 23, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
db              +Bahman Radfar,    606 Mill Run,    Paramus, NJ 07652-1757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2019 at the address(es) listed below:
      Aleisha Candace Jennings   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY
      ajennings@rasflaw.com
      Denise E. Carlon   on behalf of Creditor   E*Trade Bank dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Harold N. Kaplan   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for
      HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2006-E, HOME EQUITY MORTGAGE LOAN
      ASSET-BACKED CERTIFICATES Series INABS 2006-E hkaplan@rasnj.com, informationathnk@aol.com
      Kevin M. Buttery   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY
      bkyefile@rasflaw.com
      Marie-Ann Greenberg   magec@magtrustee.com
      Rebecca Ann Solarz   on behalf of Creditor   E*Trade Bank rsolarz@kmllawgroup.com
      Russell L. Low   on behalf of Debtor Bahman Radfar rbear6ll@aol.com,
      ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      Sindi Mncina   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for HOME
      EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2006-E, HOME EQUITY MORTGAGE LOAN
      ASSET-BACKED CERTIFICATES Series INABS 2006-E smncina@rascrane.com
      Sindi Mncina   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                TOTAL: 10