# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−12183−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bahman Radfar
   606 Mill Run
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−9097

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/13/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 13, 2019
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-12183-VFP
Bahman Radfar                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2           Date Rcvd: Feb 13, 2019
                            Form ID: 148             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2019.
```
db           +Bahman Radfar,    606 Mill Run,    Paramus, NJ 07652-1757
cr           +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson Anschutz & Schneid, P.L.,
               6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
517315036    +BUREAU OF ACCOUNTS CONTROL,    BAC,    PO BOX 538,    HOWELL, NJ 07731-0538
517315040    +CHASE MANHATTAN MORTGA,    10790 RANCHO BERNARDO ROAD,    SAN DIEGO, CA 92127-5705
517315041    +CITIBANK SEARS,    CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,    PO BOX 790040,
               SAINT LOUIS, MO 63179-0040
517315042    +CITIBANK/BEST BUY,    CENTRALIZED BANKRUPTCY/CITICORP CREDIT S,    PO BOX 790040,
               ST LOUIS, MO 63179-0040
517315043    +CITIBANK/THE HOME DEPOT,    CITICORP CR SRVS/CENTRALIZED BANKRUPTCY,    PO BOX 790040,
               S LOUIS, MO 63179-0040
517453699    +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Attn: Cashiering Department,
               1661 Worthington Road, Ste 100,    West Palm Beach, FL 33409-6493
517447327    +ETrade Bank,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
517315046    +FIRST ATLANTIC FCU,    468 INDUSTRIAL WAY W,    EATONTOWN, NJ 07724-2210
517315048    +ONEWEST BANK MORTGAGE SERVICING,    ATTN: BANKRUPTCY DEPT,    2900 ESPERANZA CROSSING,
               AUSTIN, TX 78758-3658
517452918     Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,    P.O. Box 24605,
               West Palm Beach, FL 33416-4605
517315049     PNC BANK,    249 5TH SVE STE 30,    PITTSBURGH, PA 15222
517315051    +SUMMIT COLLECTION SVCS,    PO BOX 306,    HO HO KUS, NJ 07423-0306
517783046    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
517783047    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517315054    +Udren Law Offices, P.C.,    111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2019 00:46:28      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2019 00:46:22      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517315038    +EDI: CHASE.COM Feb 14 2019 04:58:00      CHASE CARD SERVICES,    ATTN: CORRESPONDENCE DEPT,
               PO BOX 15298,    WILMINGTON, DE 19850-5298
517315045    +EDI: CCS.COM Feb 14 2019 04:58:00      CREDIT COLLECTIONS SVC,    PO BOX 773,
               NEEDHAM, MA 02494-0918
517315047    +Fax: 407-737-5634 Feb 14 2019 01:39:03      OCWEN LOAN SERVICING,    ATTN: RESEARCH DEPT,
               1661 WORTHINGTON R STE 100,    WEST PALM BEACH, FL 33409-6493
517315050     EDI: PRA.COM Feb 14 2019 04:58:00      PORTFOLIO RECOVERY,    PO BOX 41067,    NORFOLK, VA 23541
517315053     EDI: TFSR.COM Feb 14 2019 04:58:00      TOYOTA MOTOR CREDIT,    TOYOTA FINANCIAL SERVICES,
               PO BOX 8026,    CEDAR RAPIDS, IA 52408
517427301     EDI: AIS.COM Feb 14 2019 04:58:00      Verizon,    by American InfoSource LP as agent,
               PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517315037*   +BUREAU OF ACCOUNTS CONTROL,    BAC,    PO BOX 538,    HOWELL, NJ 07731-0538
517315039*   +CHASE CARD SERVICES,    ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517315044*   +CITIBANK/THE HOME DEPOT,    CITICORP CR SRVS/CENTRALIZED BANKRUPTCY,    PO BOX 790040,
               S LOUIS, MO 63179-0040
517315052*   +SUMMIT COLLECTION SVCS,    PO BOX 306,    HO HO KUS, NJ 07423-0306
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Feb 13, 2019
                              Form ID: 148             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2019 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    E*Trade Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for
               HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2006-E, HOME EQUITY MORTGAGE LOAN
               ASSET-BACKED CERTIFICATES Series INABS 2006-E hkaplan@rasnj.com,   informationathnk@aol.com
              Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyefile@rasflaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    E*Trade Bank rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Bahman  Radfar rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sindi  Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for HOME
               EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2006-E, HOME EQUITY MORTGAGE LOAN
               ASSET-BACKED CERTIFICATES Series INABS 2006-E smncina@rascrane.com
              Sindi  Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```